**Order entered September 9, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01103-CV

**NEIL NOBLE, Appellant**

**V.**

**CITY OF DALLAS, Appellee**

**On Appeal from the County Court at Law No. 4
Dallas County, Texas
Trial Court Cause No. CC-13-02526-D**

## ORDER

The Court has received appellant's submission of the transcript from the August 12, 2013. The Court **DENIES** appellant's request that we treat this submission as the reporter's record in this case. The reporter's record is due by October 13, 2013.

/s/     ELIZABETH LANG-MIERS
           JUSTICE